```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MANUEL LOPEZ-CAMACHO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>MANUEL LOPEZ-CAMACHO, et al.,<br><br>     Defendant. | Cr.S. 11-0167-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: August 26, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Friday, July 8, 2011, be continued to Friday, August 26, 2011, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1    It is further stipulated that the time period from the date of this
2 stipulation, July 6, 2011, through and including the date of the new
3 status conference hearing, August 26, 2011, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7 prepare].

8 DATED: July 6, 2011          Respectfully submitted,

9                              DANIEL J. BRODERICK
                               Federal Defender
10
                               /s/ Matthew M. Scoble
11                             MATTHEW M. SCOBLE
                               Assistant Federal Defender
12                             Attorney for Defendant
                               MANUEL LOPEZ-CAMACHO
13

14                             /s/ Matthew M. Scoble for
                               DINA SANTOS, Attorney for
15                             ERNESTO SOTO-GONZALEZ

16 DATED: July 6, 2011          BENJAMIN B. WAGNER
                               United States Attorney
17
                               /s/ Matthew M. Scoble
18                             DANIEL McCONKIE
                               Assistant U.S. Attorney
19                             Attorney for Plaintiff

20                             **O R D E R**

21    **IT IS SO ORDERED.** Time is excluded from today's date through and
22 including August 26, 2011, in the interests of justice pursuant to 18
23 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
24 T4.

25 Dated:  July 8, 2011

26
27                             _____
                               GARLAND E. BURRELL, JR.
28                             United States District Judge

2