1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ERNESTO SOTO-GONZALEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,       ) No. 11-167-GEB
                                   )
12            Plaintiff,           )
                                   ) STIPULATION AND ORDER VACATING
13    v.                           ) DATE, CONTINUING CASE, AND
                                   ) EXCLUDING TIME
14 MANUEL LOPEZ-CAMACHO            )
   ERNESTO SOTO-GONZALEZ,          )
15 ,                               ) Date:  Oct. 14, 2011
              Defendants.          ) Time:  9:30 a.m.
16                                 ) Judge: Honorable Judge Burrell
   _____

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

19 DANIEL MCCONKIE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel

20 for Defendant ERNESTO SOTO-GONZALEZ; Attorney MATT SCOBLE for MANUEL LOPEZ-

21 CAMACHO; that the status conference scheduled for August 26, 2011, be vacated

22 and the matter be continued to this Court's criminal calendar on October 14,

23 2011, at 9:00 a.m, for further status.

24      This continuance is requested by the defense in order to permit

25 further client consultation concerning a possible plea agreement and

26 further negotiations with the prosecution.  The defense is also engaged

27 in ongoing investigation.

28      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
2 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3 ends of justice served in granting the continuance and allowing the
4 defendant further time to prepare outweigh the best interests of the
5 public and the defendant in a speedy trial.
6     The Court is advised that all counsel have conferred about this
7 request, that they have agreed to the October 14, 2011 date, and that
8 all counsel have authorized Ms. Santos to sign this stipulation on
9 their  behalf.
10     **IT IS SO STIPULATED.**

12 Dated: August 25, 2011          /S/ Dina L. Santos
                                   DINA L. SANTOS
13                                 Attorney for Defendant
                                   ERNESTO SOTO GONZALEZ
14
15 Dated: August 25, 2011          /S/ Matt Scoble
                                   MATT SCOBLE
                                   Attorney for Defendant
16                                 MANUEL LOPEZ CAMACHO

17 Dated: August 25, 2011          /S/ Daniel McConkie
                                   DANIEL MCCONKIE
18                                 Assistant United States Attorney
                                   Attorney for Plaintiff
19
20                    **O R D E R**
21     **IT IS SO ORDERED.**
22 Dated:  September 1, 2011

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

Stipulation and Order                    2