DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MANUEL LOPEZ-CAMACHO, et al.,<br><br>            Defendant. | Cr.S. 11-0167-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: January 13, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Friday, December 2, 2011, be continued to Friday, January 13, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1    It is further stipulated that the time period from the date of this
2 stipulation, December 2, 2011, through and including the date of the
3 new status conference hearing, January 13, 2012, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7 prepare].

8 DATED: December 1, 2011            Respectfully submitted,

9                                    DANIEL J. BRODERICK
                                     Federal Defender
10
                                     /s/ Matthew M. Scoble
11                                   MATTHEW M. SCOBLE
                                     Assistant Federal Defender
12                                   Attorney for Defendant
                                     MANUEL LOPEZ-CAMACHO
13
                                     /s/ Matthew M. Scoble for
14                                   DINA SANTOS, Attorney for
                                     ERNESTO SOTO-GONZALEZ
15
   DATED: December 1, 2011           BENJAMIN B. WAGNER
16                                   United States Attorney

17                                   /s/ Matthew M. Scoble
                                     DANIEL McCONKIE
18                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
19
                      **O R D E R**
20
    **IT IS SO ORDERED.**  Time is excluded from today's date through and
21
   including January 13, 2012, in the interests of justice pursuant to 18
22
   U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
23
   T4.
24

25 Dated:  December 1, 2011
26
                                     _____
27                                   GARLAND E. BURRELL, JR.
                                     United States District Judge
28

**2**