DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANUEL LOPEZ-CAMACHO, et al.,<br><br>　　　　Defendant. | Cr.S. 11-0167-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: February 10, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

　　It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Friday, January 13, 2012, be continued to Friday, February 10, 2012, at 9:00 a.m..

　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1    It is further stipulated that the time period from the date of this
2 stipulation, January 11, 2012, through and including the date of the
3 new status conference hearing, February 10, 2012, shall be excluded
4 from computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7 prepare].

8 DATED: January 12, 2012            Respectfully submitted,

9                                    DANIEL J. BRODERICK
                                     Federal Defender
10
                                     /s/ Matthew M. Scoble
11                                   MATTHEW M. SCOBLE
                                     Assistant Federal Defender
12                                   Attorney for Defendant
                                     MANUEL LOPEZ-CAMACHO
13

14                                   /s/ Matthew M. Scoble for
                                     DINA SANTOS, Attorney for
15                                   ERNESTO SOTO-GONZALEZ

16 DATED: January 12, 2012            BENJAMIN B. WAGNER
                                     United States Attorney
17
                                     /s/ Matthew M. Scoble
18                                   DANIEL McCONKIE
                                     Assistant U.S. Attorney
19                                   Attorney for Plaintiff

20                               **O R D E R**

21   **IT IS SO ORDERED.**  Time is excluded from today's date through and
22 including February 10, 2012, in the interests of justice pursuant to 18
23 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code
24 T4.

25 Dated:  January 12, 2012

26
27                                   _____
                                     GARLAND E. BURRELL, JR.
28                                   United States District Judge

2