DINA L. SANTOS, Bar #204200
A Professional Law Corp.
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
ERNESTO SOTO-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 11-167-GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME |
| MANUEL LOPEZ-CAMACHO | ) |
| ERNESTO SOTO-GONZALEZ, | ) |
| | ) Date:  March 23, 2012 |
| Defendants. | ) Time:  9:00 a.m. |
| | ) Judge: Honorable Judge Burrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney DANIEL MCCONKIE, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant ERNESTO SOTO-GONZALEZ; Attorney MATT SCOBLE for MANUEL LOPEZ-CAMACHO; that the status conference scheduled for February 10, 2012, be vacated and the matter be continued to this Court's criminal calendar on March 23, 2012, at 9:00 a.m, for further status.

This continuance is requested by the defense in order to permit further client consultation concerning a possible plea agreement and further negotiations with the prosecution.  The defense is also engaged in ongoing investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
2 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3 ends of justice served in granting the continuance and allowing the
4 defendant further time to prepare outweigh the best interests of the
5 public and the defendant in a speedy trial.
6    The Court is advised that all counsel have conferred about this
7 request, that they have agreed to the March 23, 2012, date, and that
8 all counsel have authorized Ms. Santos to sign this stipulation on
9 their behalf.
10   **IT IS SO STIPULATED.**

12 Dated: Feb. 8, 2012          /S/ Dina L. Santos
                                DINA L. SANTOS
13                              Attorney for Defendant
                                ERNESTO SOTO GONZALEZ
14
15 Dated: Feb. 8, 2012          /S/ Matt Scoble
                                MATT SCOBLE
                                Attorney for Defendant
16                              MANUEL LOPEZ CAMACHO

17 Dated: Feb. 8, 2012          /S/ Daniel McConkie
                                DANIEL MCCONKIE
18                              Assistant United States Attorney
                                Attorney for Plaintiff
19

20              **O R D E R**

21   **IT IS SO ORDERED.**

22 Dated: February 8, 2012

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stipulation and Order          2