1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar# 237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   MANUEL LOPEZ-CAMACHO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )
                                )   Cr.S. 11-0167-GEB
13           Plaintiff,         )
                                )   **STIPULATION AND [PROPOSED]**
14       v.                     )   **ORDER**
                                )
15 MANUEL LOPEZ-CAMACHO, et     )   DATE:  April 20, 2012
   al.,                         )   TIME:  9:00 a.m.
16                              )   JUDGE: Hon. Garland E. Burrell Jr.
             Defendant.         )
17                              )
   _____

18

19     It is hereby stipulated and agreed to between the United States of

20 America through DANIEL McCONKIE, Assistant U.S. Attorney, and

21 defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M.

22 SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and

23 through his counsel, DINA SANTOS, that the status conference set for

24 Friday, March 23, 2012, be continued to Friday, April 20, 2012, at 9:00

25 a.m..

26     The reason for this continuance is to allow defense counsel

27 additional time to review discovery with the defendant, to examine

28 possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, March 20, 2012, through and including the date of the new status conference hearing, April 20, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: March 20, 2012                 Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Matthew M. Scoble
                                      MATTHEW M. SCOBLE
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MANUEL LOPEZ-CAMACHO


                                      /s/ Matthew M. Scoble for
                                      DINA SANTOS, Attorney for
                                      ERNESTO SOTO-GONZALEZ

DATED: March 20, 2012                 BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Matthew M. Scoble
                                      DANIEL McCONKIE
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including April 20, 2012, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  March 20, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28