JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                         )<br>            Plaintiff,                  )<br>                                         )<br>      v.                                 )<br>                                         )<br>MANUEL LOPEZ-CAMACHO, et                 )<br>al.,                                     )<br>                                         )<br>            Defendant.                   )<br>                                         ) | Cr.S. 11-0167-GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>DATE: April 26, 2013<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Friday, March 8, 2013, be continued to Friday, April 26, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1   It is further stipulated that the time period from the date of this
2   stipulation, March 7, 2013, through and including the date of the new
3   status conference hearing, April 26, 2013, shall be excluded from
4   computation of time within which the trial of this matter must be
5   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6   (h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense
7   counsel to prepare].

8   DATED: March 7, 2013               Respectfully submitted,

9                                      JOSEPH SCHLESINGER
                                       Acting Federal Defender
10
                                       /s/ Matthew M. Scoble
11                                     MATTHEW M. SCOBLE
                                       Assistant Federal Defender
12                                     Attorney for Defendant
                                       MANUEL LOPEZ-CAMACHO
13

14                                     /s/ Matthew M. Scoble for
                                       DINA SANTOS, Attorney for
15                                     ERNESTO SOTO-GONZALEZ

16  DATED: March 7, 2013               BENJAMIN B. WAGNER
                                       United States Attorney
17
                                       /s/ Matthew M. Scoble
18                                     DANIEL McCONKIE
                                       Assistant U.S. Attorney
19                                     Attorney for Plaintiff

20
                                **O R D E R**
21
    **IT IS SO ORDERED.**  Time is excluded from today's date through and
22
    including April 26, 2013, in the interests of justice pursuant to 18
23
    U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and
24
    Local Code T4.
25

26
    DATED: 3/8/13
27                                     _____
                                       GARLAND E. BURRELL JR.
                                       United States District Judge
28

2