JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>        v.  )<br>  )<br>MANUEL LOPEZ-CAMACHO, et  )<br>al.,  )<br>  )<br>            Defendant.  )<br>  )<br>_____ | CR. S-11-0167-TLN<br><br>**STIPULATION AND ORDER**<br><br>DATE:  May 9, 2013<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Friday, April 26, 2013, be continued to Thursday, May 9, 2013, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, April 23, 2013, through and including the date of the new status conference hearing, May 9, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: April 23, 2013           Respectfully submitted,

                                JOSEPH SCHLESINGER
                                Acting Federal Defender

                                /s/ Matthew M. Scoble
                                MATTHEW M. SCOBLE
                                Assistant Federal Defender
                                Attorney for Defendant
                                MANUEL LOPEZ-CAMACHO


                                /s/ Matthew M. Scoble for
                                DINA SANTOS, Attorney for
                                ERNESTO SOTO-GONZALEZ

DATED: April 23, 2013           BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Matthew M. Scoble
                                DANIEL McCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 9, 2013, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 23, 2013

_____
Troy L. Nunley
United States District Judge