HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:11-cr-167 TLN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| | ) |
| MANUEL LOPEZ-CAMACHO, et al., | ) Date: November 7, 2013 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| | ) |
| | ) |

It is hereby stipulated and agreed to between the United States of America through MICHAEL MCCOY, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status conference set for Thursday, October 31, 2013, be continued to Thursday, November 7, 2013, at 9:30 a.m.

The reasons for this continuance are because there are additional investigative matters that both the government and defense counsel need additional time to review and defense counsel needs additional time to examine possible defenses in light of additional information acquired through follow-up investigation.

It is further stipulated that the time period from the date of this stipulation, October 29, 2013, through and including the date of the new status conference hearing, November 7, 2013,

shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

Dated:  October 29, 2013

                                Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender


                                */s/ Matthew M. Scoble*
                                MATTHEW M. SCOBLE
                                Assistant Federal Defender
                                Attorney for Defendant
                                MANUEL LOPEZ-CAMACHO


                                */s/ Matthew M. Scoble for*
                                DINA SANTOS, Attorney for
                                ERNESTO SOTO-GONZALEZ

DATED: October 29, 2013           BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Matthew M. Scoble*
                                MICHAEL D. McCOY
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


## **O R D E R**

     Based on the reasons set forth in the stipulation of the parties filed on October 29, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, October 31, 2013, be vacated and that a status conference be set for Thursday, November 7, 2013, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 29, 2013 stipulation, the time

within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of October 29, 2013, through and including November 7, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: October 29, 2013

_____
Troy L. Nunley
United States District Judge