HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:11-cr-167 TLN |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| | ) |
| MANUEL LOPEZ-CAMACHO, et al., | ) Date: December 19, 2013 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| | ) |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through

MICHAEL MCCOY, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO,

by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and

ERNESTO SOTO-GONZALEZ by and through his counsel, DINA SANTOS, that the status

conference set for Thursday, December 12, 2013, be continued to Thursday, December 19, 2013,

at 9:30 a.m.

The reasons for this continuance are because there are additional investigative matters

that both the government and defense counsel need additional time to review and defense

counsel needs additional time to examine possible defenses in light of additional information

acquired through follow-up investigation.

It is further stipulated that the time period from the date of this stipulation, December 9,

2013, through and including the date of the new status conference hearing, December 19, 2013,

1    shall be excluded from computation of time within which the trial of this matter must be

2    commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv)and

3    Local Code T4 [reasonable time for defense counsel to prepare].

4    Dated:  December 9, 2013

5

6                                     Respectfully submitted,

7                                       HEATHER E. WILLIAMS
                                      Federal Defender

8

9                                       */s/ Matthew M. Scoble*
                                      MATTHEW M. SCOBLE

10                                     Assistant Federal Defender
                                    Attorney for Defendant

11                                     MANUEL LOPEZ-CAMACHO

12

13                                       */s/ Matthew M. Scoble for*
                                      DINA SANTOS, Attorney for

14                                     ERNESTO SOTO-GONZALEZ

15    DATED: December 9, 2013             BENJAMIN B. WAGNER
                                    United States Attorney

16

17                                       */s/ Matthew M. Scoble*
                                      MICHAEL D. McCOY

18                                     Assistant U.S. Attorney
                                    Attorney for Plaintiff

19

20                                 **O R D E R**

21         Based on the reasons set forth in the stipulation of the parties filed on December 9, 2013,

22    and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

23    IT IS HEREBY ORDERED that the status conference currently set for Thursday, December 12,

24    2013, be vacated and that a status conference be set for Thursday, December 19, 2013, at 9:30

25    a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the

26    best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY

27    ORDERED that, for the reasons stated in the parties' December 9, 2013 stipulation, the time

28

Stipulation and Order to Continue Status Conference                   *U.S. v Lopez-Camacho, et al., 2:11-cr-167 TLN*

within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of December 9, 2013, through and including December 19, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: December 9, 2013

Troy L. Nunley
United States District Judge