HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Matthew_Scoble@fd.org

Attorney for Defendant
MANUEL LOPEZ-CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:11-cr-167 TLN |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING<br>) STATUS CONFERENCE AND EXCLUDING |
| vs. | ) TIME |
| MANUEL LOPEZ-CAMACHO, | ) Date:   May 15, 2013 |
| Defendant. | ) Time:  9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through MICHAEL MCCOY, Assistant U.S. Attorney, and defendant, MANUEL LOPEZ-CAMACHO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Thursday, May 8, 2014, be continued to Thursday, May 15, 2014, at 9:30 a.m.

The reasons for this continuance are because there are additional investigative matters that both the government and defense counsel need additional time to review and defense counsel needs additional time to examine possible defenses in light of additional information acquired through follow-up investigation.

It is further stipulated that the time period from the date of this stipulation, May 6, 2014, through and including the date of the new status conference hearing, May 15, 2014, shall be excluded from computation of time within which the trial of this matter must be commenced

under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

Dated: May 6, 2014

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Matthew M. Scoble*
                                          MATTHEW M. SCOBLE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          MANUEL LOPEZ-CAMACHO

DATED: May 6, 2014                      BENJAMIN B. WAGNER
                                            United States Attorney

                                          */s/ Matthew M. Scoble*
                                          MICHAEL D. McCOY
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 6, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, May 8, 2014, be vacated and that a status conference be set for Thursday, May 15, 2014, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 6, 2014 stipulation, the time within which the trial of

/ / /

/ / /

/ / /

this matter must be commenced under the Speedy Trial Act is excluded during the time period of May 6, 2014, through and including May 15, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: May 8, 2014

_____
Troy L. Nunley
United States District Judge