UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 15, 2014

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL LOPEZ-CAMACHO,

Defendant.

Case No.  2:11-CR-00167-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MANUEL LOPEZ-CAMACHO ,

Case No.  2:11-CR-00167-TLN  Charge 8 U.S.C. § 1325(a)(2) – Eluding

Examination or Inspection, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

   X    (Other): Defendant Sentenced to TIME SERVED.

Issued at Sacramento, California on May 15, 2014 at 10:50 a.m.

By: _____

District Judge Troy L. Nunley